SEALED

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ D.C.

APR 2 7 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

NATHANIEL GONZALEZ, **Plaintiff,**


V


TOAST INC,                                          Case# 9:26-cv-80463-BER

ABSOLUTE POS LLC, **Defendants**

_____/


### MOTION TO SEAL ORIGINAL COMPLAINT

Plaintiff is respectfully requesting for the court to seal the original complaint in order to keep his personal identifiers hidden from the public. The original Complaint includes identifiers which inherently increase the potential of him being targeted in cyber attacks such as fraud or identity theft. As a Pro Se litigant he is put in a vulnerable position due to the fact that he cannot have a business address or registered agent address to protect this information. The original Complaint has been amended in order to fix this issue and opposing counsel(s) has yet to be served. The modifications made in the amended Complaint were kept to a bare minimum affecting only the Plaintiff's signature block in his Verification body on Page 19. Despite there being no redactions, the underlying reasoning for this motion is supported by the local precedent set in *Romero v. Drummond Co. Inc. 480 F.3d 1234 11th Circuit 2007.* "The Romero ruling created a balancing test where the court must weigh the public right to access court documents against a party's legitimate privacy interests. The court specifically stated that the Court must

consider the degree of and likelihood of injury if the information is made public" The exposure

of the Plaintiffs information is something that bad actors can use to threaten or harm him while

providing no benefit to the general public in regards to the legal matter at hand. The Plaintiff's

personal identifier's only relevance to the case is jurisdiction which will not be affected due to

the alternate mailing address being in the same city.


Date: 04/27/2026

Respectfully Submitted

Nathaniel Gonzalez, Plaintiff,
160 W Camino Real #509
(978)-225-7886
nategonz92@gmail.com