Exhibit 1



**SERVICEDOG**

Dog Name
**Simon**

| Sex | Weight | Age |
|---|---|---|
| **Male** | **15lbs** | **4y 7m** |

Breed
**King Charles Cavalier Spaniel**

Owner
**Nathaniel Gonzalez**



# USDOG REGISTRY

---

USDOG REGISTRY

# CERTIFICATE
## of Dog Registration

♦♦♦

## SERVICE DOG

NS1799750

| Simon | | Male |
|---|---|---|
| 15lbs | 4y 7m | King Charles Cavalier Spaniel |

Nathaniel Gonzalez

♦♦♦

24/7 Verification | usanimalregistry.org

*Exhibit 2*

# INVOICE

## Boca Palms Animal Hospital

950 North Dixie Hwy
Boca Raton, FL   33432
(561) 395-4030

Visit us online at www.bocapalmsanimalhospital.com

**FOR:**  Nathaniel Gonzalez
████████████
Boca Raton, FL  33432

| | |
|---|---|
| **Printed:** | 08-06-26 at 9 39a |
| **Date:** | 08-06-26 |
| **Account:** | 8556 |
| **Invoice:** | 146245 |

| Date | For | Qty | Description | Net Price |
|---|---|---|---|---|
| 08-06-26 | Simon | 1 | DECLINED Comprehensive Canine | 0 00 |
| 08-06-26 | | 1 | DECLINED Radiograph Servies 2-5 Views ( | 0 00 |
| 08-06-26 | | 1 | DECLINED Radiology Consult | 0 00 |
| 08-06-26 | | 1 | DECLINED Urinary Catheterization Sample | 0 00 |
| 08-06-26 | | 1 | DECLINED SQ Fluids Administration | 0 00 |
| 08-06-26 | | 1 | DECLINED Anti-Inflammatory, injectable | 0 00 |
| 08-06-26 | | 1 | DECLINED Analgesia/ discomfort -small | 0 00 |
| 08-06-26 | | 14 | DECLINED Carprofen(Carprovet) 25mg | 0 00 |
| 08-06-26 | | 14 | DECLINED Gabapentin Capsules 100mg | 0 00 |
| 08-06-26 | | 7 | DECLINED Enroquin(Enrofloxacin) 68mg Ta | 0 00 |
| 08-06-26 | | 1 | DECLINED Biohazard/OSHA Disposal Fee | 0 00 |
| 08-06-26 | | 1 | Comprehensive Physical Exam | 79.00 |
| 08-06-26 | | 1 | Surcharge 2% | 1 58 |
| 08-06-26 | | | Mastercard payment | -80 58 |

| Old balance | Charges | Payments | New balance |
|---|---|---|---|
| 0 00 | 80 58 | 80 58 | 0 00 |

---

**Reminders for Simon** (Weight 18.4 lbs - 5y)        Last done

| | | |
|---|---|---|
| 08-06-27 | Annual Physical exam | 08-06-26 |
| 08-13-21 | **Chemistry Panel and CBC** | |
| 08-13-21 | **Heartworm Prevention** | |
| 06-04-21 | **Bordetella vaccine** | |
| 06-04-21 | **DHP-Parvo Vaccine - Adult 1yr** | |
| 06-04-21 | **Rabies, Canine 1yr** | |
| 04-23-21 | **Canine Lepto (1st) Puppy Pakg** | |
| 04-09-21 | **K9 H3N2 Influenza Vaccine (1st** | |
| 03-26-21 | **Fecal Ova & Parasites + Giardi** | |

Next appointment for **Simon**                                     Qty

| | | | |
|---|---|---|---|
| 08-15-26 | **At:** 9 30a | **With:** Daniel Sosa DVM | |
| | Treatments Office Visit | | 1 |

2



**◆ Santander** Consumer USA

Sent Via First-Class Mail®

July 17, 2026

Nathaniel Gonzalez

BOCA RATON, FL 33432-7302

## NOTICE OF OUR PLAN TO SELL PROPERTY

**Account Number:** XXXXXX6746
**Contract Dated ("agreement"):** 02/27/2025
**Description of Collateral ("collateral"):**

| Year: 2017 | Make: FORD | Model: MUSTANG | VIN 179 |

Dear Nathaniel Gonzalez:

This is formal notice that we have the collateral because you broke promises in our agreement.

We will sell the collateral at a private sale sometime after 08/01/2026. A sale could include a lease or license.

The money we get from the sale (after paying our costs) will reduce the amount you owe. If we get less money than you owe, you will still owe us the difference. If we get more money than you owe, you will get the extra money, unless we must pay it to someone else.

You can get the collateral back at any time before we sell it by paying us the full amount you owe (not just the past due payments), including our expenses. To learn the exact amount you must pay, call us at (888) 222-4227 or write us at Santander Consumer USA, P.O. Box 961245, Fort Worth, TX 76161-1245.

If you want us to explain to you in writing how we have figured the amount that you owe us, you may call us at (888) 222-4227 or write us at Santander Consumer USA, P.O. Box 961245, Fort Worth, TX 76161-1245 and request a written explanation. We will charge you $0.00 for the explanation if we sent you another written explanation of the amount you owe us within the last six (6) months.

If you need more information about the sale, call us at (888) 222-4227, Monday through Friday 7:00 AM to 7:00 PM Central Time, or write us at P.O. Box 961245, Fort Worth, TX 76161-1245.

We are sending this notice to the following other people who have an interest in the collateral or who owe money under your agreement:

You are receiving this notice due to the legal requirements of the state where you originally signed the agreement and/or the state where you currently reside.



**SEE IMPORTANT CONSUMER NOTICES AT END OF LETTER**

W_NOI_GEN   Rev 07/2026
Page 1 of 2

2415355260

3

Exht 4



**Chewy Vet Care Delray Beach**
1911 S. Federal Highway, Suite 200, Delray Beach FL
+15614048611

**Estimate**
E-000004785
08/12/2026

**For:**
**Nathaniel Gonzalez** ~~████████████████████████~~ ategonz92@gmail.com
**Simon**       5 yr | M | Cavalier King Charles Spaniel | 17.2 lb (8/12/2026)

| | Quantity | Tax | Discount | Total |
|---|---|---|---|---|
| **OTC for Simon 08/12/2026** | | | | |
| Exam - Accident or Illness | Comprehensive | 1 | | | $85.00 |
| Young Wellness with Electrolytes, Fecal Dx Profile and Urinalysis | Idexx | 48699999 | CBC, Chem 14 w/SDMA CVC | 1 | | | $168.86 |
| 1A - Diagnostics - Radiograph Study, Single-System | | | | $503.81-$776.81 |
| Total Health Profile with Fecal Dx Profile, Lab 4Dx Plus Test and Urinalysis | Idexx | 37929999 | CBC, Chem 27 w/SDMA CVC | 1 | | | $184.17 |
| Enrofloxacin | 22.7 mg Tablet Oral | Per 1 Tablet | 12 | | | $10.00 |
| Gabapentin | 100.0 mg Capsule Oral | Per 1 Capsule | 14 | | | $10.00 |

| | Low total | High total |
|---|---|---|
| Subtotal | $961.84 | $1234.84 |
| Discount | $0.00 | $0.00 |
| Tax | $0.00 | $0.00 |
| **Estimate total** | **$961.84** | **$1234.84** |
| **Deposit due** | **$192.37** | |

Deposit is 20% of the low total

This deposit will not be refunded if you miss your appointment or cancel less than
24 hours before your appointment time.

EXHIBIT 5



**Chewy Vet Care Delray Beach**
1911 S. Federal Highway, Suite 200, Delray Beach FL
+15614048611

**Estimate**
E-000004788
08/12/2026

**For:**
**Nathaniel Gonzalez** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | nategonz92@gmail.com
**Simon**   5 yr | M | Cavalier King Charles Spaniel | 17.2 lb (8/12/2026)

| | Quantity | Tax | Discount | Total |
|---|---|---|---|---|
| **OTC for Simon 08/12/2026** | | | | |
| Exam - Wellness | 6 month comprehensive | 1 | | | $85.00 |
| Vaccine - Rabies 1 year (outside Palm Beach County) | | | | $45.00 |
| Vaccine - DAP(P) w/ Lepto - Canine Distemper Combination Series + Leptospirosis Series | | | | $115.00 |
| Vaccine - Bordetella Oral 6 month | | | | $45.00 |
| Vaccine - Canine Influenza (H3N2 and H3N8) Series | | | | $65.00 |

Total

| | |
|---|---|
| Subtotal | $355.00 |
| Discount | $0.00 |
| Tax | $0.00 |
| **Estimate total** | **$355.00** |
| **Deposit due** | **$71.00** |

Deposit is 20% of the total

This deposit will not be refunded if you miss your appointment or cancel less than
24 hours before your appointment time.

5