**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

NATHANIEL GONZALEZ,

    *Plaintiff,*

*v.*

TOAST INC. and ABSOLUTE POS LLC,

    *Defendants.*                        Case# 9:26-cv-80463-BER

_____/

## DECLARATION OF NATHANIEL GONZALEZ IN SUPPORT OF PLAINTIFF'S

## NOTICE OF RIPENESS ON THE PLEADINGS FOR COUNT III

I, Nathaniel Gonzalez, declare as follows under penalty of perjury pursuant to 28 U.S.C. § 1746:

I am the Plaintiff in the above-captioned action. I am over eighteen years of age, I have personal knowledge of the facts set forth in this Declaration, and I am competent to testify to those facts. I submit this Declaration in support of my motion requesting for the court to rule on Count III.

**II. Declarations:**

1. EXHIBIT 1 - This is my proof of my dog being a registered support animal of mine and how paramount his wellbeing is to that of my own.

2. EXHIBIT 2 - This is the list of treatment options I had to decline from Boca Palms Animal Hospital for my dog Simon. This isn't including the actual surgery he needs, This is simply to get him out of pain until I can afford for him to get the surgery.

3. EXHIBIT 3 - This is the letter proving my car was repossessed and not in my possession.

4. EXHIBIT 4 - This is one of two estimates received from Chewy (the second vet). When both combined they are almost identical to the original amount I was quoted at the Boca Palms Animal Hospital. This is also just part of what is needed to get him out of pain and does not include the actual surgery.

5. Exhibit 5 - This is the second part of the estimate from Chewy showing the vaccines portion of what my dog needs to get him feeling better. Again, it does not include the cost of the surgery he will inevitably need to be considered healthy again.

## II. Closing Declaration

I respectfully submit this evidence in good faith. Litigating this on my own has not been easy because of how much time and effort I put into every motion I file. However, I have had some great opportunities present themselves over the past couple weeks that I do not want to miss out on because of a lack of transportation. I'm a hard worker who was very committed to my job, if anything, overly committed. I believe the time I took for myself was necessary in order to build my case but I've already lost a lot in the process and I can't afford to lose any more, especially not my dog.

<strong><u>CERTIFICATE OF SERVICE</u></strong>

I hereby certify that on August 14, 2026, a true and correct copy of the foregoing was served on all counsel of record via electronic mail:

**<u>Counsel for Defendant Toast, Inc</u>**
Jennifer Taylor, Esq. — jennifer.taylor@jacksonlewis.com
Jeremy Thompson, Esq. — jeremy.thompson@jacksonlewis.com
Jackson Lewis P.C., Miami, FL 33131

**<u>Counsel for Defendant Absolute POS LLC:</u>**
David J. Goldman, Esq. — david@musiccityfirm.com
Seamus T. Kelly, Esq. — contact@musiccitylaw.com
Music City Law, PLLC, Nashville, TN 37203

Dated: August 14, 2026

Respectfully Submitted,

Nathaniel Gonzalez, Plaintiff, Pro Se
160 W. Camino Real, #509
Boca Raton, FL 33432
nategonz92@gmail.com
(978) 225-7886